IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES H. RAWE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1095 |
| | ) |
| TURTLE CREEK VALLEYMH-MR, INC., | ) Chief Judge Ambrose |
| | ) Magistrate Judge Hay |
| Defendant. | ) |

## ORDER

AND NOW, this 15th day of Sept., 2005, this Court having been advised that the above-captioned case has settled and there is no further action being contemplated at this time,

IT IS HEREBY ORDERED that the Clerk of Court mark the above-captioned case closed.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order has not been entered.

DONETTA W. AMBROSE
Chief United States District Judge

cc: Joseph H. Chivers, Esquire
312 Boulevard of the Allies
Suite 600
Pittsburgh, PA 15222

Charles E. Evans, Esquire
Meyers, Kenrick, Giuffre & Evans
Suite 5745, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219